UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
TARA ELIZABETH SWIATOCHA,
            Plaintiff,

                                                        Civil Action
   v.                                              2:22-cv-07786

COMMISSIONER OF SOCIAL SECURITY,       (Donnelly, J.)
            Defendant.
------------------------------------------------------X

## STIPULATION AND ORDER FOR REMAND

The parties, through their attorneys, hereby stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that on remand, the Commissioner will take further action to complete the administrative record and issue a new decision.

The Clerk of Court is directed to enter final judgment on the complaint in favor of plaintiff, reversing the final decision of the Commissioner.

| | |
|---|---|
| John W. DeHaan | BREON PEACE |
| The DeHaan Law Firm P.C | United States Attorney |
| *Attorneys for Plaintiff* | Eastern District of New York |
| 300 Rabro Drive East, Suite 101 | *Attorney for Defendant* |
| Hauppauge, NY 11788 | 271 Cadman Plaza East, 7th Floor |
| */s/ John W. DeHaan* | Brooklyn, New York 11201 |
| John W. DeHaan | */s/ Daniella M. Calenzo* |
| Fax (631) 582-1232 | Daniella M. Calenzo |
| jdehaan@dehaan-law.com | Special Assistant United States Attorney |
| Dated: 5/8/23 | SSA/OGC |
| | (212) 264-2579 |
| | Daniella.calenzo@ssa.gov |
| | Dated: 5/5/23 |

SO ORDERED:

  s/Ann M. Donnelly
_____
HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE